UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMMIE HENDERSON,

    Plaintiff,

v.

Case No. 13-13225
HON. TERRENCE G. BERG
HON. DAVID R. GRAND

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (Dkt. 15)

This matter is before the court on Magistrate Judge David R. Grand's June 19, 2014 Report and Recommendation (Dkt. 15), recommending that Defendant's Motion for Summary Judgment (Dkt. 13) be GRANTED, that Plaintiff's Motion for Summary Judgment (Dkt. 10) be DENIED, and that the findings of the Commissioner be AFFIRMED.

The law provides that either party may serve and file written objections "[w]ithin fourteen days after being served with a copy" of the report and recommendation. 28 U.S.C. § 636(b)(1). The district court will make a "de novo determination of those portions of the report . . . to which objection is made." *Id*. Where, as here, neither party objects to the report, the district court is not obligated to independently review the record. *See Thomas v. Arn*, 474 U.S. 140, 149-52 (1985). Nevertheless, the Court has carefully reviewed the Magistrate Judge's

Report and Recommendation of June 19, 2014 (Dkt. 15), and does hereby **ACCEPT** and **ADOPT** it as this Court's findings of fact and conclusions of law.

Accordingly, Defendant's Motion for Summary Judgment (Dkt. 13) is **GRANTED**, Plaintiff's Motion for Summary Judgment (Dkt. 10) is **DENIED**, and the decision of the Commissioner, as authored by Administrative Law Judge Regina Sobrino, is **AFFIRMED**.

**SO ORDERED**.

Dated: July 16, 2014               s/Terrence G. Berg
                                   TERRENCE G. BERG
                                   UNITED STATES DISTRICT JUDGE

**Certificate of Service**

I hereby certify that this Order was electronically submitted on July 16, 2014, using the CM/ECF system, which will send notification to all parties.

                                   s/A. Chubb
                                   Case Manager